IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THADDIUS DWIGHT SMITH                                      PLAINTIFF

v.                      No. 3:16-cv-156-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                               DEFENDANT

ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes).

So Ordered.

*W.P.M. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 June 2017