# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**THADDIUS DWIGHT SMITH**  PLAINTIFF

v.  No. 3:16-cv-156-DPM

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**  DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed and the claim is remanded with instructions, № 13. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 June 2017