# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**THADDIUS DWIGHT SMITH**                                    **PLAINTIFF**

v.                              No. 3:16-cv-156-DPM

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                             **DEFENDANT**

## ORDER

The unopposed motion for attorney's fees and costs, № 16, is granted. The $3627.99 fee check should be payable to Smith. The $20.07 costs check should be payable to Smith's lawyer. And both checks must be mailed to the lawyer.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

12 September 2017